**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
Case No. **17−22269−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Gary M. Fieber
   102 Golden Eagle Drive
   Venetia, PA 15367

Social Security No.:
   xxx−xx−8803

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel R. White<br>Zebley Mehalov & White, p.c.<br>18 Mill Street Square<br>P.O. Box 2123<br>Uniontown, PA 15401<br>U.S.A.<br>Telephone number: 724−439−9200 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>September 18, 2017<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>September 18, 2017<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/10/17

BY THE COURT

Jeffery A. Deller
Judge

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                            Case No. 17-22269-JAD
Gary M. Fieber                                                    Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin              Page 1 of 2              Date Rcvd: Aug 10, 2017
                              Form ID: rsc13          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db            +Gary M. Fieber,    102 Golden Eagle Drive,    Venetia, PA 15367-1457
cr            +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    564 Forbes Avenue,
                Manor Building,    Pittsburgh, PA 15219-2908
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
cr            +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA  15219,
                U.S.A. 15219-1956
14636499      +ANS Landscaping,    2150 Washington Road,    Canonsburg, PA 15317-4912
14636501     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    c/o TSYS Total Debt Management,    P.O. Box 5155,
                Norcross, GA 30091)
14636502      +Chrysler Capital,    Attn: Bankruptcy Dept.,    P.O. Box 961278,    Fort Worth, TX 76161-0278
14636504      +Credit Acceptance Corp.,    Silver Triangle Building,    25505 West Twelve Mile Road,
                Southfield, MI 48034-8331
14636505      +Deutsche Bank National Trust Company,    Trustee for Long Beach Mtg Trust 2006-8,
                3415 Vision Drive,    Columbus, OH 43219-6009
14636506      +Equitable Gas Company,    c/o Judy Gawlowski,    225 North Shore Drive--2nd Floor,
                Pittsburgh, PA 15212-5860
14636507      +Gefsky and Lehman,    2301 One PPG Place,    Pittsburgh, PA 15222-5401
14636508      +Infinity Preferred Insurance Company,    3700 Colonnade Parkway,    Birmingham, AL 35243-3219
14636500      +John T. Burns, Esq.,    Burns Law Office,    14300 Nicollett Court,    Burnsville, MN 55306-4501
14636510      +KML Law Group,    Suite 5000 BNY Mellon Independence Ctr.,    701 Market Street,
                Philadelphia, PA 19106-1538
14636511       MedExpress Billing,    P.O. Box 7964,    Belfast, ME 04915-7900
14636513      +Pennsylvania American Water Company,    P.O. Box 578,    Alton, IL 62002-0578
14636514      +Pro Solutions for Chiropractic, Inc.,    370 Southpointe Boulevard,    Canonsburg, PA 15317-8572
14636516      +Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14636517       Washington County Tax Revenue Department,    Debbie Bardella, Director of Revenue,
                100 West Beau Street--Suite 205,    Washington, PA 15301-4483

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2017 01:19:53      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
14636503      +E-mail/Text: svlainich@communitybank.tv Aug 11 2017 01:20:12      Community Bank,
                Attn: Collection Department,    90 West Chestnut Street--Suite 100,
                Washington, PA 15301-4524
14636509       E-mail/Text: cio.bncmail@irs.gov Aug 11 2017 01:19:44      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
14636512       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2017 01:19:53      PA Department of Revenue,
                Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14640926       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2017 01:19:53
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14636515       E-mail/Text: bankruptcynotices@pch.com Aug 11 2017 01:19:46      Publishers Clearing House,
                P.O. Box 4002936,    Des Moines, IA 50340-2936
14636518      +E-mail/Text: bankruptcy@firstenergycorp.com Aug 11 2017 01:20:09      West Penn Power,
                1310 Fairmont Avenue,    Fairmont, WV 26554-3526
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Company, as Trustee,
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: lfin               Page 2 of 2                    Date Rcvd: Aug 10, 2017
                              Form ID: rsc13           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2017 at the address(es) listed below:

```
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Daniel R. White     on behalf of Debtor Gary M. Fieber dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-8, Asset-Backed Certificates,
               Series 2006-8 bkgroup@kmllawgroup.com
              Jill Locnikar     on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```