# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | | |
| Gary M. Fieber, | : | No.  17-22269-JAD |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Santander Consumer USA Inc. dba | : | Hearing Date:  1/10/2018, 10:00 a.m. |
| Chrysler Capital as servicer for | : | |
| CCAP Auto Lease Ltd., | : | |
| | : | |
| | : | Response Date: 12/19/2017 |
| Movant | : | |
| | : | Related to Doc. Nos. 37 and 39 |
| vs. | : | |
| | : | |
| Gary M. Fieber, | : | |
| Kevin Fieber, and | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF AND CO-DEBTOR RELIEF AND NOTICE OF HEARING ON MOTION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on November 30, 2017.

The following parties were served via first-class mail:

Gary M. Fieber                                      Kevin Fieber
102 Golden Eagle Drive                        102 Golden Eagle Drive
Venetia, PA 15367                                Venetia, PA 15367

The following parties were served via electronic mail:

Daniel R. White, Esq.                           dwhite@zeblaw.com
Ronda J. Winnecour, Trustee              cmecf@chapter13trusteewdpa.com
Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov

Executed on: 11/30/17                         Attorney for Movant

s/ Brett Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
bsolomon@tuckerlaw.com
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212

BANK_FIN:576692-1 029136-181853