# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: GARY M. FIEBER
- Case Number: 17-22269-JAD    Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 07, 2017 10:00 AM  3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
12/8/17 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#18 - Final Confirmation of Plan Dated 6/26/2017 (NFC)
R / M #: 18 / 0

**Appearances:**

- Debtor: WHide
- Trustee: Winnecour / Bedford / (Pail) / Katz
- Creditor: Kovalchik - PAPW
  D. feiner - Community Bank

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective ____.
7. _X_ Plan/Motion continued to 4/12/18 at 11:30.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.
9. ____ Contested Hearing: ____ at ____.
10. _X_ Other: THe § 341 meeting is closed.

12/1/2017    3:06:30PM