# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** GARY M. FIEBER
- **Case Number:** 17-22269-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 07, 2017 10:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/8/17 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#18 - Final Confirmation of Plan Dated 6/26/2017 (NFC)
R / M #: 18 / 0

**Appearances:**

- Debtor:
- Trustee: Winnecour / Bedford / (Pail) / Katz  — *W Hide*
- Creditor:

*Kovalchik – PA PW*
*D. feiner – Community Bank*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 4/12/18 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __X__ Other: THE § 341 meeting is closed.

12/1/2017    3:06:30PM