# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Gary M. Fieber, | : | No. 17-22269-JAD |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Santander Consumer USA Inc. dba | : | Hearing Date: 1/10/2018, 10:00 a.m. |
| Chrysler Capital as servicer for | : | |
| CCAP Auto Lease Ltd., | : | |
| | : | |
| | : | Response Date: 12/19/2017 |
| Movant | : | |
| | : | Related to Doc. No. 37 |
| vs. | : | |
| | : | |
| Gary M. Fieber, | : | |
| Kevin Fieber, and | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
### Motion for Relief from Stay and Co-Debtor Stay, Docket No. 37

I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief filed on November 30, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion for Relief from Stay and Co-Debtor Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay and Co-Debtor Stay were to be filed and served no later than December 19, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay and Co-Debtor Stay be entered by the Court.

Date: 12/20/17                           By: s/ Brett Solomon
                                         Brett A. Solomon, Esquire
                                         Pa. I.D. #83746
                                         bsolomon@tuckerlaw.com
                                         TUCKER ARENSBERG, P.C.
                                         1500 One PPG Place
                                         Pittsburgh, Pennsylvania 15222
                                         412-566-1212