**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Gary M. Fieber,<br><br>　　　　　　　Debtor<br><br>Santander Consumer USA Inc. dba<br>Chrysler Capital as servicer for<br>CCAP Auto Lease Ltd.,<br><br>　　　　　　　Movant<br><br>vs.<br><br>Gary M. Fieber,<br>Kevin Fieber, and<br>Ronda J. Winnecour, Trustee<br><br>　　　　　　　Respondents | No. 17-22269-JAD<br><br>Chapter 13<br><br>Hearing Date: 1/10/2018, 10:00 a.m.<br><br>Response Date: 12/19/2017<br><br>Related to Doc. No.   37<br><br>FILED<br>12/29/17 12:44 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## ORDER MODIFYING STAY

AND NOW, this __29th__ day of __December__, 2017, upon consideration of the Motion for Relief from Automatic Stay and Co-Debtor Stay, filed on behalf of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., it is hereby ORDERED, ADJUDGED, and DECREED as follows:

Upon consideration of the evidence presented, the Court finds Movant has a valid security interest in the 2015 Dodge Challenger Coupe 2D R/T Plus V8, VIN 2C3CDZBT4FH861445; that Movant does not have adequate protection for its interests in the said vehicle; and that Movant should be permitted to foreclose its security interest in the vehicle.

It is therefore ORDERED that the Motion is granted and that the stay afforded by 11 U.S.C. Sections 362, be and hereby is modified to permit Movant to foreclose its security interest in the vehicle.

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
~~Hon. Carlota M. Bohm~~ Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary M. Fieber  
       Debtor

Case No. 17-22269-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: lfin　　　　Page 1 of 1　　　　Date Rcvd: Dec 29, 2017  
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2017.  
db　　　　　+Gary M. Fieber,    102 Golden Eagle Drive,    Venetia, PA 15367-1457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:  
          Anthony T. Kovalchick    on behalf of Creditor   Dep't of Revenue    Office of Attorney General akovalchick@attorneygeneral.gov  
          Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
          Daniel R. White    on behalf of Debtor Gary M. Fieber dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
          James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-8, Asset-Backed Certificates, Series 2006-8 bkgroup@kmllawgroup.com  
          Jeffrey R. Hunt    on behalf of Creditor    Peters Township & Peters Township School District jhunt@grblaw.com, cnoroski@grblaw.com  
          Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9