**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **GARY M. FIEBER,** | : | **Bankruptcy No. 17-22269-JAD** |
| | : | |
| | : | **Issued Per 5/2/2018 Proceeding** |
| | : | |
| **Debtor.** | : | **Chapter 13** |
| _____ | X | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**
**AND TERMINATING INCOME ATTACHMENT**

       **AND NOW,** this <u>2nd</u> day of <u>**May,**</u> **2018, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of his debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

       **IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

       **IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated.  So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

       **IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds.  Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

       **IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors and parties in interest of this dismissal.

_____  mas
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
5/2/18 2:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-22269-JAD
Gary M. Fieber                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin          Page 1 of 2          Date Rcvd: May 02, 2018
                             Form ID: pdf900      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2018.
db           +Gary M. Fieber,   102 Golden Eagle Drive,   Venetia, PA 15367-1457
cr           +Dep't of Revenue Office of Attorney General,   Anthony T. Kovalchick,   564 Forbes Avenue,
              Manor Building,   Pittsburgh, PA 15219-2908
cr           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
cr           +Peters Township & Peters Township School District,   Goehring, Rutter & Boehm,
              437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
              UNITED STATES 15219-6101
cr           +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
              U.S. Post Office & Courthouse,   700 Grant Street, Suite 4000,   Pittsburgh, PA  15219,
              U.S.A. 15219-1956
14636499     +ANS Landscaping,   2150 Washington Road,   Canonsburg, PA 15317-4912
14636501     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   c/o TSYS Total Debt Management,   P.O. Box 5155,
              Norcross, GA 30091)
14706671     +CCAP AUTO LEASE LTD,   P.O. BOX 961275,   FORT WORTH, TX 76161-0275
14636502     +Chrysler Capital,   Attn: Bankruptcy Dept.,   P.O. Box 961278,   Fort Worth, TX 76161-0278
14636504     +Credit Acceptance Corp.,   Silver Triangle Building,   25505 West Twelve Mile Road,
              Southfield, MI 48034-8331
14636505     +Deutsche Bank National Trust Company,   Trustee for Long Beach Mtg Trust 2006-8,
              3415 Vision Drive,   Columbus, OH 43219-6009
14636506     +Equitable Gas Company,   c/o Judy Gawlowski,   225 North Shore Drive--2nd Floor,
              Pittsburgh, PA 15212-5860
14636507     +Gefsky and Lehman,   2301 One PPG Place,   Pittsburgh, PA 15222-5401
14636508     +Infinity Preferred Insurance Company,   3700 Colonnade Parkway,   Birmingham, AL 35243-3219
14636510     +John T. Burns, Esq.,   Burns Law Office,   14300 Nicollett Court,   Burnsville, MN 55306-4501
14636510     +KML Law Group,   Suite 5000 BNY Mellon Independence Ctr.,   701 Market Street,
              Philadelphia, PA 19106-1538
14636511      MedExpress Billing,   P.O. Box 7964,   Belfast, ME 04915-7900
14636513     +Pennsylvania American Water Company,   P.O. Box 578,   Alton, IL 62002-0578
14674118     +Peters Township,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14674119     +Peters Township & Peters Township SD,   Goehring, Rutter & Boehm,
              c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
              Pittsburgh, PA 15219-6101
14636514     +Pro Solutions for Chiropractic, Inc.,   370 Southpointe Boulevard,   Canonsburg, PA 15317-8572
14636517      Washington County Tax Revenue Department,   Debbie Bardella, Director of Revenue,
              100 West Beau Street--Suite 205,   Washington, PA 15301-4483

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14636503     +E-mail/Text: svlainich@communitybank.tv May 03 2018 01:39:56     Community Bank,
              Attn: Collection Department,   90 West Chestnut Street--Suite 100,
              Washington, PA 15301-4524
14723569      E-mail/Text: jennifer.chacon@spservicing.com May 03 2018 01:40:36
              Deutsche Bank National Trust Company, at el.,   C/O Select Portfolio Servicing, Inc.,
              P.O. Box 65250,   Salt Lake City UT 84165-0250
14636509      E-mail/Text: cio.bncmail@irs.gov May 03 2018 01:39:07     Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
14636512      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 03 2018 01:39:39     PA Department of Revenue,
              Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14697241      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2018 01:36:52
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14640926      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 03 2018 01:39:39
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
14636515      E-mail/Text: bankruptcynotices@pch.com May 03 2018 01:39:09     Publishers Clearing House,
              P.O. Box 4002936,   Des Moines, IA 50340-2936
14636516     +E-mail/Text: jennifer.chacon@spservicing.com May 03 2018 01:40:36
              Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
14636518     +E-mail/Text: bankruptcy@firstenergycorp.com May 03 2018 01:39:52     West Penn Power,
              1310 Fairmont Avenue,   Fairmont, WV 26554-3526
                                                                              TOTAL: 9

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Deutsche Bank National Trust Company, as Trustee,
cr            Santander Consumer USA Inc. dba Chrysler Capital a
14693677*     Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
                                                                      TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: lfin               Page 2 of 2              Date Rcvd: May 02, 2018
                              Form ID: pdf900          Total Noticed: 31
```

                 ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2018 at the address(es) listed below:
          Anthony T. Kovalchick   on behalf of Creditor Dep't of Revenue  Office of Attorney General
           akovalchick@attorneygeneral.gov
          Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as
           servicer for CCAP Auto Lease Ltd. bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          Daniel R. White    on behalf of Debtor Gary M. Fieber dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2006-8, Asset-Backed Certificates,
           Series 2006-8 bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Peters Township & Peters Township School District
           jhunt@grblaw.com,  cnoroski@grblaw.com
          Jill  Locnikar   on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 9
```