**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

GARY M. FIEBER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.: 17-22269 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/31/2017 and confirmed on 09/25/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 11,500.00 |
| Less Refunds to Debtor | 5,629.67 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,870.33 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 414.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,414.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   DEUTSCHE BANK NATNL TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9959 | | | | |
|   DEUTSCHE BANK NATNL TRUST CO | 511,859.01 | 0.00 | 0.00 | 0.00 |
|     Acct: 9959 | | | | |
|   CHRYSLER CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
|   INTERNAL REVENUE SERVICE* | 11,206.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 8803 | | | | |
|   PA DEPARTMENT OF REVENUE* | 20,281.36 | 0.00 | 0.00 | 0.00 |
|     Acct: 8803 | | | | |
|   WASHINGTON COUNTY TAX CLM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2100 | | | | |
|   PETERS TOWNSHIP (SWG)** | 51.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2100 | | | | |
|   CREDIT ACCEPTANCE CORP* | 7,625.00 | 2,028.94 | 427.39 | 2,456.33 |
|     Acct: 3489 | | | | |
|   COMMUNITY BANK(*) | 57,950.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 5620 | | | | |

| 17-22269 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 2,456.33 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GARY M. FIEBER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GARY M. FIEBER<br>Acct: | 5,629.67 | 5,629.67 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL R WHITE ESQ<br>Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 8803 | 35,956.64 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8803 | 2,940.44 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA D/B/A CHRY<br>Acct: 3910 | 0.00 | 0.00 | 0.00 | 0.00 |
| PETERS TOWNSHIP SD & PETERS TWP (E<br>Acct: 8803 | 6,501.60 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ANS LANDSCAPING<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BURNS LAW OFFICE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 3613 | 819.26 | 0.00 | 0.00 | 0.00 |
| EQUITABLE GAS CO(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INFINITY PREFERRED INSURANCE COMPA<br>Acct: 9001 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 8803 | 215,748.31 | 0.00 | 0.00 | 0.00 |
| MED EXPRESS<br>Acct: 3908 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8803 | 312.20 | 0.00 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERICAN<br>Acct: 9144 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRO SOLUTIONS FOR CHIROPRACTIC<br>Acct: 9136 | 0.00 | 0.00 | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE++<br>Acct: 5248 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP*<br>Acct: 3489 | 4,271.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| T LAWRENCE PALMER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: 2837 | 0.00 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC(*)<br>Acct: 9959 | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-22269 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|   DREENA FIEBER | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|   KEVIN FIEBER | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|   ANS LANDSCAPING | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|   GEFSKY AND LEHMAN | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |

*** N O N E ***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 2,456.33 |

TOTAL CLAIMED
PRIORITY            45,398.68
SECURED            608,972.81
UNSECURED         221.150.77

Date: 12/06/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com